# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

                        Petitioner,

v.

MICHAEL KRILL,

                        Respondent.

Case No. 18-MC-41-JPS

## ORDER

On March 21, 2019, Petitioner filed a notice of dismissal of this action. (Docket #10). As Respondent has not answered or moved for summary judgment, the notice is proper and the Court will adopt the same. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Further, because the notice is silent on the matter of prejudice, the Court must dismiss the case without prejudice. *Id.* 41(a)(1)(B).

Accordingly,

**IT IS ORDERED** that Petitioner's notice of dismissal (Docket #10) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED without prejudice** and without costs to any party.

Dated at Milwaukee, Wisconsin, this 22nd day of March, 2019.

BY THE COURT:

J. P. Stadtmueller
U.S. District Judge